## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson, Langden L

Printed: 1/15/08

Case Number: 06 B 10564
Judge: Wedoff, Eugene R
Filed: 8/28/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: November 29, 2007
Confirmed: December 21, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,350.00 |  |
| Secured: |  | 649.70 |
| Unsecured: |  | 0.00 |
| Priority: |  | 591.25 |
| Administrative: |  | 1,944.50 |
| Trustee Fee: |  | 164.55 |
| Other Funds: |  | 0.00 |
| Totals: | 3,350.00 | 3,350.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas R Hitchcock | Administrative | 1,944.50 | 1,944.50 |
| 2. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 0.00 | 0.00 |
| 4. | HomeComings Financial Network | Secured | 23,396.35 | 649.70 |
| 5. | Illinois Dept of Revenue | Priority | 2,129.28 | 591.25 |
| 6. | Nicor Gas | Unsecured | 1,555.58 | 0.00 |
| 7. | RMI/MCSI | Unsecured | 250.00 | 0.00 |
| 8. | Charming Shoppes-Fashion Bug | Unsecured | 230.73 | 0.00 |
| 9. | Capital One | Unsecured | 1,739.76 | 0.00 |
| 10. | Capital One | Unsecured | 1,962.35 | 0.00 |
| 11. | Patricia Moore | Priority |  | No Claim Filed |
| 12. | Thomas R Hitchcock | Priority |  | No Claim Filed |
| 13. | Illinois Child Support | Priority |  | No Claim Filed |
| 14. | Encore | Unsecured |  | No Claim Filed |
| 15. | Credit Management Service | Unsecured |  | No Claim Filed |
| 16. | Cavalry Portfolio/Collection | Unsecured |  | No Claim Filed |
| 17. | First Consumers National Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 33,208.55 | $ 3,185.45 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 130.80 |
| 5.4% | 33.75 |
|  | $ 164.55 |

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Johnson, Langden L

Printed:  1/15/08

Case Number:  06 B 10564
Judge:  Wedoff, Eugene R
Filed:  8/28/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: